**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| MIGUEL CASIANO, JR., | Civil No. 05-362 (JRT/SRN) |
| Petitioner, | |
| v. | **ORDER** |
| LISA J.W. HOLLINGSWORTH, Warden, FCI-Sandstone, | |
| Respondent. | |

Miguel A. Casiano, #49751-053 J-Un, FCI Sandstone, Post Office Box 1000, Sandstone, Minnesota 55810, pro se petitioner.

Ann M. Anaya, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated January 23, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED as MOOT** since a more favorable decision on the merits would not entitle Petitioner to any additional relief; and

2.   Petitioner's Motion to Compel (Doc. No. 8) be **DENIED as moot**; and

3.   Petitioner's case be **DISMISSED WITH PREJUDICE**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY**.


Dated: February 10, 2006
at Minneapolis, Minnesota

                                                s/John R. Tunheim
                                                JOHN R. TUNHEIM
                                            United States District Judge